No. 726. NEW DELLS LUMBER CO. *v.* WISCONSIN TAX COMMISSION ET AL. March 23, 1931. Petition for writ of certiorari to the Supreme Court of Wisconsin denied.

*Mr. P. M. Beach* for petitioner.   *Mr. John W. Reynolds* for respondents.